# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: UPSET SALE, TAX CLAIM : No. 62 MAL 2024
BUREAU OF TIOGA COUNTY, CONTROL :
NO. 012488 (MARTIN J. OSTAPOWICZ) :
: Petition for Allowance of Appeal from
: the Order of the Commonwealth
PETITION OF:  MARTIN J. OSTAPOWICZ : Court


## ORDER


**PER CURIAM**

    **AND NOW**, this 1st day of July, 2024, the Petition for Allowance of Appeal is **GRANTED**.  The issue, as stated by petitioner, is:


(1)    Did the courts below err in affirming a county tax sale of real estate where the successful bid at the sale of [p]etitioner's home was approximately 18 percent of its appraised fair market value?


    The parties are requested to discuss *First Federal Savings and Loan Association of Lancaster v. Swift*, 321 A.2d 895 (Pa. 1974), in their briefing to this Court.